No. 1188.  THEODORE *v.* ALASKA.  Sup. Ct. Alaska. Certiorari denied.  *Robert S. Cohen* and *Peter J. Kalamarides* for petitioner.

No. 1189.  ABBORENO ET AL. *v.* AUSTIN, U. S. DISTRICT JUDGE.  C. A. 7th Cir.  Certiorari denied.  *Hugh M. Matchett* for petitioners.

No. 1191.  COMPTON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.  *John J. Hooker* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 1192.  KELLERMAN ET AL. *v.* MILLER.  C. A. 5th Cir.  Certiorari denied.  *J. Mort Walker, Jr.,* for petitioners.  *James Domengeaux* for respondent.

No. 1195.  HEXAGON LABORATORIES, INC. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.  *Bernard A. Grossman* for petitioner.  *Solicitor General Marshall* for the United States.

No. 1200.  FIRST CONGREGATIONAL CHURCH OF LOS ANGELES *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.  *Richard W. Lund, Paul R. Watkins* and *Dana Latham* for petitioner.  *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 1203.  CAULEY *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  *R. E. Lawson* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.